## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Marleny Olivo

                      Plaintiff,

v.                                       Case No.: 1:19–cv–07144
                                              Honorable Robert M. Dow Jr.

The Coca–Cola Company, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 29, 2022:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Fairness hearing held. No objectors appeared either in person or by Zoom, nor have any objections been filed on the docket. Plaintiffs' motions for final approval of class action settlement [170] and for attorneys' fees [172] are granted. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.